# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

August 24, 2026

**VIA ECF**
Hon Judge Margaret M. Garnett
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: 25-cv-08933-MMG - Vivar Cruz et al v. 4 East 46th Street LLC et al.**

Your Honor:

We represent Plaintiffs in the above referenced matter and write on behalf of the parties to provide the Court with a status report. The parties have reached an agreement in principle to resolve this case through the offer and acceptance of a Rule 68 Judgment pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019). The parties anticipate needing an additional thirty days to finalize the Offer and Acceptance and file them on the docket.

As such, the parties respectfully request the current deadline of August 27, 2026 to submit a settlement to the Court be: (1) converted to a deadline to submit the parties Rule 68 Offer and Acceptance to the Court; and (2) be extended by thirty days. This is the first request of its kind and submitted with the consent of Defendants.

Respectfully submitted,

*/s/Jesse Barton*
Jesse Barton, Esq.

GRANTED. The August 27, 2026 deadline to submit the settlement agreement and joint letter is hereby EXTENDED to **September 28, 2026**. If the parties are able to resolve the case through the offer and acceptance of a Rule 68 Judgment, the parties need only submit the offer, notice of acceptance, and proof of service as required under Rule 68(a), by that date. The Clerk of Court is respectfully directed to terminate Dkt. No. 27.

SO ORDERED. Dated August 26, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE