# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620


September 28, 2026

**VIA ECF**
Hon Judge Margaret M. Garnett
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: 25-cv-08933-MMG - Mejia et al v. 4 East 46th Street LLC et al.**

Your Honor:

We represent Plaintiffs in the above referenced matter and write to respectfully request a three-week extension of the deadline to file the parties' settlement papers or Rule 68 Offer and Acceptance ("Rule 68 Papers"), currently scheduled for September 28, 2026[1]. This is the second request of its kind and is submitted with the consent of Defendants. We apologize for the tardiness of this request; we tried to file it Friday but had technical difficulties with ECF.

The reason for the request is that, although the parties are working diligently on finalizing their Rule 68 Papers, we anticipate needing a few more weeks to complete and submit them. As such, the parties respectfully request the current deadline be extended.

Respectfully submitted,

*/s/Jesse Barton*
Jesse Barton, Esq.

GRANTED. The September 28, 2026 deadline for the parties to file the parties' settlement papers or a Rule 68 Offer and Acceptance is hereby EXTENDED to **October 19, 2026**. The Clerk of Court is respectfully instructed to terminate Dkt. No. 29.

SO ORDERED. Dated, September 28, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

[1] The new deadline would be October 19, 2026.