USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

VALENTIN VIVAR CRUZ, BRANDON VENTURA GARCIA, and DIEGO RIOS, *individually and on behalf of others similarly situated,*

*Plaintiffs,*

-against-

4 EAST 46TH STREET LLC (d/b/a MOCHA LUX STEAKHOUSE BURGERS), 127 FOURTH AVENUE RESTAURANT LLC (d/b/a MOCHA RED STEAKHOUSE & MIXOLOGY BAR), NAFTALI ABENAIM and OFER BITON,

*Defendants,*

---------------------------------------------------------------X

Civil Action No. 1:25-cv-08933

~~[Proposed Form Of]~~
**JUDGMENT**

**JUDGMENT**

On October 20, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, VALENTIN VIVAR CRUZ, BRANDON VENTURA GARCIA, and DIEGO RIOS, have judgment against 4 EAST 46TH STREET LLC (d/b/a MOCHA LUX STEAKHOUSE BURGERS), 127 FOURTH AVENUE RESTAURANT LLC (d/b/a MOCHA RED STEAKHOUSE & MIXOLOGY BAR), NAFTALI ABENAIM and OFER BITON, jointly and severally, in the amount of Thirty-Seven Thousand Dollars and Zero Cents ($37,000.00), which is inclusive of attorneys' fees and costs.

Dated: October 20, 2026
New York, New York

SO ORDERED. Dated, October 23, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE